# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2408.  MACKENZIE CONSTRUCTION, LLC v. DAMON CARVER.**

Mackenzie Construction, LLC filed a notice of appeal from the trial court's order compelling it to respond to interrogatories and to produce certain documents for inspection by plaintiff's counsel.   We lack jurisdiction.

The order that Mackenzie Construction, LLC wishes to appeal is interlocutory in nature.  See *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77, 78 (485 Se2d 525) (1997) (discovery orders generally are interlocutory and not directly appealable as final judgments).  "A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure . . . , which includes obtaining a certificate of immediate review from the trial court." *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); see also OCGA § 5-6-34 (b). Mackenzie Construction, LLC's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/30/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*